IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

VICTOR ANDREW APODACA,

    Petitioner,

v.       2:24-CV-093-Z-BR

DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE,

    Respondent.

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case and **DISMISSING** with prejudice the petition for writ of habeas corpus.

Judgment is entered accordingly.

October 27, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE